FILED

06/10/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0728

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court No. DA 23-0728

| | |
|---|---|
| GBSB HOLDING, LLC,<br><br>    Plaintiff and Appellant,<br><br>v.<br><br>FLATHEAD COUNTY BOARD OF COUNTY COMMISSIONERS AND FLATHEAD COUNTY, MONTANA; WHITEFISH VILLAGE, LLC; WILLIAM F. OSWALD AND JULIANA M. OSWALD, Co-Trustees of the Oswald Family Trust dated May 23, 2016; SHAWN PATRICK JAMES AND KRISTIN PATRICIA BELL; WHITEFISH HILLS VILLAGE HOMEOWNERS ASSOCIATION, INC.; and JOHN DOES 1 and 2,<br><br>    Defendants and Appellees. | **ORDER GRANTING PARTIES' JOINT MOTION FOR REVISED BRIEFING SCHEDULE** |

Upon consideration of the Parties' Joint Motion for Revised Briefing Schedule, and for good cause appearing:

IT IS HEREBY ORDERED that the Appellees shall have until July 29, 2024, to prepare, file, and serve their response brief. Appellant may request an extension of time after the response brief is filed.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 10 2024